IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| DENNIS MAURICE ROBERSON, AIS # 278794, | ) ) ) | |
| Petitioner, | ) ) | |
| v. | ) ) | CASE NO. 2:22-CV-678-WKW [WO] |
| ROLANDA CALLAWAY, Correctional Warden III, and STEVEN T. MARSHALL, Attorney General for the State of Alabama, | ) ) ) ) ) ) ) | |
| Respondents. | ) | |

**ORDER**

On December 7, 2022, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 2.) Upon an independent review of the record, it is ORDERED that the Recommendation is ADOPTED and that this action is TRANSFERRED to the United States District Court for the Southern District of Alabama under 28 U.S.C. § 2241(d).

The Clerk of the Court is DIRECTED to take the necessary steps to effectuate the transfer of this action.

DONE this 5th day of January, 2023.

                                              /s/ W. Keith Watkins
                                  UNITED STATES DISTRICT JUDGE